IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| NORMA HILL, ) | |
| ) | |
| Plaintiff, ) | Civil No. 4:05CV3002 |
| ) | |
| v. ) | ORDER |
| ) | |
| JO ANNE B. BARNHART, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

Considering the Defendant's Motion to Reverse and Remand and for Entry of Final Judgment (Filing No.19) and Plaintiff's Response (Filing No. 21),

IT IS ORDERED that this case is reversed and remanded back to the Commissioner in accord with sentence four of 42 U.S.C. § 405(g).

Dated this 23rd day of June, 2005.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Hill remand order.wpd