IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| NORMA HILL, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CV3002 |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| SOCIAL SECURITY ADMINISTRATION, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter is before the court on Norma Hill's motion for attorney fees. Filing No. 23. The court previously entered an order reversing and remanding the case to the Social Security Administration. Filing No. 22. Thereafter, Hill filed this motion for attorney fees with an accompanying brief and exhibits. Filing No. 23, Ex. 1-6. The defendant has filed a response to the request wherein the defendant agrees that plaintiff should be awarded fees under the Equal Access to Justice Act, 28 U.S.C. § 2412, and should receive the amount requested. Filing No. 26. Hill has requested compensation for 8.5 hours of attorney time and 33.75 hours of paralegal time, for a total of $1,831.47. The court has carefully reviewed the record and in particular the itemized amounts set forth in the exhibit. The court concludes that Hill is a prevailing party and that the amount of $1,831.47 is reasonable.

THEREFORE, IT IS ORDERED that plaintiff's motion for attorney fees, Filing No. 23, is granted. Plaintiff is awarded attorney fees in the amount of $1,831.47.

DATED this 7th day of November, 2005.

BY THE COURT:

s/Joseph F. Bataillon
JOSEPH F. BATAILLON
UNITED STATES DISTRICT JUDGE